# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJAYAKUMAR THURAISSIGIAM,<br><br>                               Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                               Respondents. | Case No.: 3:18-cv-135-L-AGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR BIFURCATED BRIEFING OF RESPONDENTS' RULE 12(b) MOTION** |

     Pending before the Court in this immigration habeas corpus proceeding is a Stipulated Motion for Bifurcated Briefing of Respondents' Rule 12(b) Motion ("Joint Motion"). For the reasons which follow, the Joint Motion is granted in part and denied in part.

     The parties stipulated to a briefing schedule for Respondents' anticipated motion to dismiss for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). As the stipulated briefing schedule does not deviate from the briefing schedule set forth in Civil Local Rule 7.1(e), the stipulation is approved. *See* Civ. Loc. R. 7.2.

1

Upon the filing of Rule 12(b)(1) motion briefing, the motion shall be deemed submitted on the briefs. *See* Civ. Loc. R. 7.1(d).

The parties also stipulated to permit Respondents to wait until after resolution of of the Rule 12(b)(1) motion to file their further Rule 12(b) motions. Rule 12(g)(2) precludes piecemeal briefing of Rule 12(b) motions to dismiss. Fed. R. Civ. Proc. 12(g)(2) ("Except as provided in Rule 12(h)(2) or (3), a party that makes a motion under this rule must not make another motion under this rule raising a defense or objection that was available to the party but omitted from its earlier motion."); *see also In re Apple iPhone Antitr. Litig.,* 846 F.3d 313, 317-18 (9th Cir. 2017); *In re Packaged Seafood Products Antitr. Litig.,* __ F.Supp.3d __, 2017 WL 4271894 at *4 (S.D. Cal. Sep. 26, 2017 (Sammartino, J.)). Nevertheless, the court may exercise its discretion to grant relief from Rule 12(g)(2). *See discussion in Apple iPhone Antitr. Litig.*, 846 F.3d at 319-20 (compliance excused to avoid repetitive motion practice and delay); *see also Packaged Seafood Antitr. Litig.,* 2017 WL 4271894 at *5 ("the Court here declines to exercise its discretion to disregard Rule 12(g)(2)" despite "Defendants' valid belief that the factual footing of the case shifted"). In the absence of any proffered reason or cause why the circumstances of the pending case warrant relief from Rule 12(g)(2), the parties' request for piecemeal briefing of Rule 12(b) motions is denied.

Accordingly, it is ordered as follows:

1. The Stipulated Motion for Bifurcated Briefing of Respondents' Rule 12(b) Motion is granted insofar as the parties stipulated to the briefing schedule for Respondents' Rule 12(b)(1) motion:

    a. No later than March 5, 2018, Respondents shall file and serve their Rule 12(b)(1) motion, if any. Respondents may join any other Rule 12(b) motion at the same time.

    b. No later than March 19, 2018, Petitioner shall file and serve his opposition, if any.

2

3:18-cv-135-L-AGS

   c. No later than March 26, 2018, Respondents shall file and serve their reply, if any.

   d. Upon the filing of the foregoing, the matter will be deemed submitted on the briefs.

 2. In all other respects, the Stipulated Motion for Bifurcated Briefing of Respondents' Rule 12(b) Motion is denied.

**IT IS SO ORDERED.**

Dated: February 27, 2018

_____
Hon. M. James Lorenz
United States District Judge